HARRY BRATT, Respondent, v. WILLIAM MAGIDOW and LILLIAN MAGIDOW, Appellants.— Order unanimously reversed, with costs and disbursements, and the verdict reinstated. The questions of negligence and contributory negligence were properly submitted to the jury and its verdict should not have been disturbed. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM J. VERITO, Respondent, v. JULIUS BLUM, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HENRY B. DORFMAN and ANNA B. DORFMAN, Respondents, v. MOTT BROTHERS, INC., and MOTT DEVELOPMENT CORP., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (January 26, 1942.)

WILLIAM C. BREED and Others, Respondents, v. FRIEND L. TUTTLE, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

## (January 27, 1942.)

CARL SIEBURG, JR., and Another, Respondents, v. CHARLES WEISBECKER and Others, Appellants, Impleaded with CHARLES WEISBECKER, a Corporation, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.